**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**FELIX GUZMAN RIVADENEIRA**                                                                                      **PLAINTIFF**

V.                                                          **4:15CV00344 JM**

**DEPARTMENT OF DEFENSE,** *et al*                                                                        **DEFENDANTS**

**ORDER**

Plaintiff Felix Guzman Rivadeneira, an inmate at the McHenry County Jail in Woodstock, Illinois, has submitted this 42 U.S.C. § 1983 case for filing in this district. However, from the facts alleged and the Defendants named, it appears that venue here is improper 28 U.S.C. §1391(b). Defendants do not appear to be residents of this district, it does not appear that the events at issue occurred here, and the Court cannot determine from the complaint which district might be appropriate. Accordingly, a transfer would not be in the interest of justice, and the Court concludes that the case should be dismissed. 28 U.S.C. § 1406(a).

IT IS THEREFORE ORDERED THAT:

1. The Court dismisses without prejudice Plaintiff's complaint.

2. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE