IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**FELIX GUZMAN RIVADENEIRA**                                                      **PLAINTIFF**

V.                                   4:15CV00344 JM

**DEPARTMENT OF DEFENSE,** *et al*                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE